UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 10-CR-20485-PCH

UNITED STATES OF AMERICA,
   Plaintiff,

v.

DESMOND S. BULLOCK, etc. al.
   Defendants.
_____/

IN RE: THIRD PARTY CLAIM FILED BY:

MASHICA LEWIS-BULLOCK,
   Petitioner.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on Third Party, Mashica Lewis-Bullock's Petition to Contest Forfeiture of Property (D.E. #271) filed on February 23, 2011. On May 5, 2011, this Court referred the Petition to Magistrate Judge Ted E. Bandstra to take all necessary and proper action as required by law with respect to the Petition. The Honorable Ted E. Bandstra, United States Magistrate Judge, issued a Report and Recommendation regarding the Petition on July 22, 2011 (D.E. #297), recommending that Third Party, Mashica Lewis-Bullock's Petition to Contest Forfeiture of Property be denied.

None of the parties have filed an objection to the Report and Recommendation within the period required by law. Therefore, they may not challenge the findings contained in the Report and Recommendation "except for plain error or manifest injustice." *LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988). This Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, this Court ADOPTS Judge Bandstra's Report, findings of fact and conclusions of law as stated in the Report. Accordingly, for the reasons stated in the Report, it is

hereby ORDERED that Third Party, Mashica Lewis-Bullock's Petition to Contest Forfeiture of Property is denied in accordance with the Conclusion and Recommendation of Judge Ted E. Bandstra's Report.

DONE in Chambers, Miami, Florida, August 16, 2011.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record